FILED

C4 MAY 25 AM 10: 33

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

COURT
FLORIDA

KAREN WHITE,

      Plaintiff,

v.                                              CASE NO: 8:03-cv-1799-T-26MSS

PURDUE PHARMA, L.P.,

      Defendant.

_____/

## O R D E R

**UPON DUE CONSIDERATION** of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is **ORDERED AND ADJUDGED** as follows:

1)     Defendant's Motion for Protective Order and Motion to Quash Subpoenas (Dkt. 38) is granted in part and denied in part.

2)     Plaintiff shall be allowed to depose Nancy Olinger, John Strickler, and Lance Thomas on or before June 11, 2004. The parties shall cooperate with regard to scheduling these depositions so that Defendant's counsel can be physically present with the witness.

3)     Plaintiff's Second Motion to Compel (Dkt. 44) is granted in part and denied in part.

46

4)      Defendant shall produce to Plaintiff on or before June 11, 2004, a copy of the Final Standings for the Year 2000 - Product Leader Contest for Oxycontin.  In the event Defendant is unable to locate this document, a duly authorized representative of Defendant shall file a verified statement to that effect with the Court.

**DONE AND ORDERED** at Tampa, Florida, on May 25, 2004.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel of Record

-2-