UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN WHITE,

    Plaintiff,

vs.     Case No. 8:03-cv-1799-MSS

PURDUE PHARMA, INC.,

    Defendant.
_____/

## VERDICT FORM

Please complete this verdict form following the instructions which you have been given regarding the law and the instructions which are included below. All answers must be agreed to by all jurors.

**Do you find from a preponderance of the evidence:**

1. That the Plaintiff objected to or refused to participate in an activity, policy or practice of the defendant that was, or would have been, an actual violation of Florida's Drug and Cosmetic Act, Florida Statute sections 499.005(5) and 499.0054(1)?

    Yes_____     No__X__

(Please proceed to Question 2.)

2. That the Plaintiff objected to or refused to participate in an activity, policy or practice of the defendant that was, or would have been, an actual violation of Florida's Misleading Advertising Statute, Florida Statute section 817.41?

   Yes_____     No__X__

   (Please proceed to Question 3.)

3. That the Plaintiff objected to or refused to participate in an activity, policy or practice of the defendant that was, or would have been, an actual violation of the Federal Trade Commission Act which prohibits unfair methods of competition in or affecting commerce, 15 United States Code section 45(a)(1)?

   Yes_____     No__X__

   (If your answers to questions 1-3 are all No, do not answer the remaining questions and have the foreperson sign and date this verdict form. If you answered Yes to any of the first three questions, then proceed to question 4).

4. That but for the protected activity, the defendant would not have terminated the plaintiff's employment or stated in another way that such objection or refusal to participate was a substantial, motivating cause that resulted in the defendant's decision to terminate the plaintiff's employment?

   Yes_____     No_____

   (If you answer No to this question, then do not answer the remaining questions and have the foreperson sign and date this verdict form. If you answered Yes to this question, then proceed to question 5).

5. That the plaintiff should be awarded back pay damages to compensate for a net loss of wages and benefits?

   Yes_____     No_____

(If you have answered Yes to Question 5, please fill in the amount of back pay damages, if any, plaintiff has proven she should be awarded and proceed to Question 6. If you have answered No to this question, please proceed to question 6).

$_____ in back pay damages should be awarded.

6. That the Plaintiff should be awarded compensatory damages for emotional pain and mental anguish?

Yes_____     No_____

(If you have answered Yes to Question 6, please fill in the amount of compensatory damages, if any, plaintiff has proven she should be awarded and have the foreperson sign below. If you have answered No to Question 6, please have the foreperson sign below.)

If your answer is Yes, in what amount? $_____

**SO SAY WE ALL,**

_____ 02/08/2005
Signature of Foreperson     Date