AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

*JUDGMENT IN A CIVIL CASE*

**KAREN WHITE**

VS.                                          CASE NUMBER: 03-cv-1799-T-MSS

**PURDUE PHARMA, L.P.**

☑  **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, Purdue Pharma, L.P., and against the Plaintiff, Karen White.

February 9, 2005

SHERYL L. LOESCH, CLERK

_____
(By)   Susan Saylor, Deputy Clerk

M'Film Roll No._____

Doc. No._____